# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JONATHAN WILLIFORD

NO. 2019 KW 1508

JAN 0 6 2020

---

In Re:   Jonathan Williford, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, Nos. 39709 & 120566.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY, AND BURRIS,[1] JJ.**

**WRIT DENIED.** We have been advised by the judge's office that the district court is proceeding toward disposition of relator's "Motion to Quash/(Dismiss) Denial of Due Process Substantit/Procedural" and "Motion to Quash/(Dismiss) Denial of Speedy Trial." The record of the Clerk of Court of Livingston Parish reflects the district court denied relator's "Motion to Reconsider/or Notice of Appeal" on November 20, 2019.

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.